UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Luis Armando Rosario-Delgado,<br><br>Plaintiff,<br><br>v.<br><br>Harley G. Lappin, Director, Bureau of Prisons, et al.<br><br>Defendants | Civil Action No.  08 1291 |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of

subject matter jurisdiction. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: 7/23/08



United States District Judge